

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00008-CV

Chris **STONE**,
Appellant

v.

**TALBERT OPERATIONS, LLC**,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-08-00195-CVL
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Chris Stone, recover his costs of this appeal from appellee, Talbert Operations, LLC.

SIGNED December 31, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice